UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-80914-SMITH

**VICTOR ARIZA**,

      Plaintiff,

v.

**WAXING THE CITY OF WORLDWIDE, LLC**,

      Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, VICTOR ARIZA, through undersigned counsel, and Defendant WAXING THE CITY OF WORLDWIDE, LLC, through undersigned counsel, hereby give notice that the parties have reached a settlement in this case and will be executing the necessary paperwork resolving all claims. Accordingly, the parties respectfully request that the Court provide the parties thirty (30) days from the date of filing this Notice to allow the parties to finalize their settlement agreement and to submit the dismissal document to dismiss this case with prejudice.

Dated: September 16, 2024

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 North Hiatus Road | 4640 N.W. 7th Street |
| Sunrise, FL 33351-7919 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email: rhannah@rhannahlaw.com | Email duranandassociates@gmail.com |
| | |
| By ___*s/ Roderick V. Hannah*___ | By ___*s/ Pelayo M. Duran*___ |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 0146595 |

**DLA PIPER LLP (US)**
Counsel for Defendant
200 South Biscayne Boulevard, Suite 2500
Miam, FL  33131
(305) 423-8525
andreaguzman@usdlapiper.com


By: *s/ Andrea Guzman*
      ANDREA GUZMAN
      Fla. Bar No. 118716