UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-80914-CIV-SMITH

VICTOR ARIZA,

    Plaintiff,

v.

WAXING THE CITY OF WORLDWIDE, LLC

    Defendant.
_____/

**NOTICE OF COURT PRACTICE ON NOTICE OF SETTLEMENT**

This matter is before the Court on the parties' Joint Notice of Settlement [DE 8], indicating that the case has settled in full.  Accordingly, it is

**ORDERED** that:

1. The parties shall file their Stipulation of Dismissal in accordance with Federal Rule of Civil Procedure 41 on or before **December 5, 2024.**  Failure to timely file the Stipulation of Dismissal may result in dismissal of this case without further notice.

2. All pending motions not otherwise ruled upon are **DENIED AS MOOT**.

3. This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 12th day of November, 2024.

                                    RODNEY SMITH
                                    UNITED STATES DISTRICT JUDGE

cc:    counsel of record